G. Mark Albright, Esq. (Nevada Bar No. 001394)
D. Chris Albright, Esq. (Nevada Bar No. 004904)
ALBRIGHT STODDARD WARNICK & ALBRIGHT
Quail Park I, Building D-4
801 South Rancho Drive
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: gma@albrightstoddard.com
Email: calbright@albrightstoddard.com

Mark A. Fuller, Esq.
Paul Charlton, Esq.
Glen Hallman, Esq.*
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: maf@gknet.com
Email: paul.charlton@gknet.com

*Pro Hac Application Pending
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TASER INTERNATIONAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>STINGER SYSTEMS, INC., a Nevada corporation; JAMES F. MCNULTY, Jr., a Nevada resident; and ROBERT GRUDER, a Florida resident,<br><br>    Defendants. | Case No. 2:09-CV-00289-KJD-PAL<br><br>**REVISED MOTION TO AMEND COMPLAINT**<br>(Securities Fraud under 15 U.S.C. § 78j; Trade Libel; Unfair Competition under the Lanham Act, 15 U.S.C. § 1125; Abuse of Process; Injunctive Relief)<br><br>(Jury Trial Demanded) |

1  Pursuant to Rule 15(a)(1), Fed. R. Civ. P., Plaintiff respectfully requests the Court grant leave to file its Second Amended Complaint.  The proposed Second Amended Complaint is attached as Exhibit 1.

Plaintiff is working with its retained expert and diligently attempting to comply with the deadlines set forth in the Court's Scheduling Order.  The changes proposed in the Second Amended Complaint do not substantially alter the original Complaint or First Amended Complaint.  No parties are added.  The relief sought is further clarified, and Plaintiff adds one additional claim for relief, civil conspiracy.

For these reasons, because this motion is timely under the Court's Order, and because amendment of the Complaint will create no undue prejudice to Defendants and will promote judicial economy, Plaintiff respectfully requests that the Court grant leave to file the Second Amended Complaint attached as Exhibit 1 hereto.

Respectfully submitted this 27th day of May, 2010.

**ALBRIGHT STODDARD WARNICK & ALBRIGHT**

By: /s/ Mark A. Fuller
G. Mark Albright, Esq.
D. Chris Albright, Esq.
Quail Park I, Building D-4
801 South Rancho Drive
Las Vegas, Nevada  89106-3854

Mark A. Fuller, Esq.
Paul Charlton, Esq.
Glen Hallman, Esq.*
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016

*Attorneys for Plaintiff*

2

1   *ORIGINAL of the foregoing e-filed this*
    *27th day of May, 2010 with:*
2

3   Clerk of the Court
    UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
    333 South Las Vegas Blvd.
4   Las Vegas, NV 89101

5
    *COPY of the foregoing mailed this*
    *27th day of May, 2010 to:*
6

7   P. Sterling Kerr
    LAW OFFICES OF P STERLING KERR
8   1055 Whitney Ranch Drive
    Henderson, NV 89014
9   *Attorney for Stinger Systems, Inc. and Robert Gruder*

10  James McNulty
    10620 Southern Highlands Parkway, Suite 110
11  Las Vegas, NV 89141
    *Pro Per*
12

13  By:   /s/ Kim Haggard
          2459655 / 20791-3
          *Pro Hac Application Pending