# *EXHIBIT A*

**From:** Hallman, Glen
**Sent:** Tuesday, August 17, 2010 8:24 AM
**To:** james mcnulty; P. Sterling Kerr, Esq.; Marvin Simeon
**Cc:** Fuller, Mark A.
**Subject:** August 30 Status Conference

We know the Court's July 29 Order does not address any need to submit a status report in advance of the next Status Conference, but we would like to submit one. We believe Judge Leen would prefer a Joint Report, so please provide any input you wish by next Tuesday, August 25, and we will incorporate it.

Thank you.