D. Chris Albright (No. 004904)
**ALBRIGHT STODDARD WARNICK & ALBRIGHT. P.C.**
Quail Park I, Building D-4
801 South Rancho Drive
Las Vegas, Nevada 89106-3854
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
Email: dca@albrightstoddard.com

Mark A. Fuller (Pro Hac Vice)
Glen Hallman (Pro Hac Vice)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: maf@gknet.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TASER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STINGER SYSTEMS, INC.; JAMES F. MCNULTY, Jr.; and ROBERT GRUDER, <br><br> Defendants. | No. 2:09-CV-00289-KJD-PAL <br><br> **MOTION FOR EXPEDITED HEARING ON MOTION RE WAIVER OF PRIVILEGE** |

TASER has filed a motion asking the Court to rule that defendants Stinger Systems and Gruder definitively waived any privilege objections last week by voluntarily producing literally hundreds (if not thousands) of potentially privileged documents. Dkt. 118. TASER *urgently* needs a hearing on this matter. The reason is this. Stinger has a pending case in Florida – an Assignment for the Benefit of Creditors ("ABC") matter – in which it has proposed a sale transaction. That transaction must be approved by the Florida court, and the judge has set the approval hearing for September 15. Meanwhile, before suspending its review of the Stinger/Gruder production to file its motion, TASER discovered evidence suggesting that the transaction being proposed is fraudulent. We are submitting some of those documents to the Court separately for *in camera* review. Without disclosing the substance of those documents here, TASER believes they reflect Stinger's intent to use the ABC action to avoid its liabilities in this case and patent litigation in Arizona, and to emerge from the ABC action under a different name but with the same operations.

It is imperative that TASER be in a position to apprise the Florida court of the facts reflected in these documents before that court decides whether to approve the transaction. TASER also needs an opportunity to complete its review of defendants' production of documents to confirm whether there is additional evidence which the Florida court ought to take into consideration on September 15. This is a matter of importance not only to TASER, but to the judicial system itself, as it involves nothing less than fair disclosure of the truth to a sister court.

TASER asks the Court to convene a hearing at the earliest possible vacancy on the Court's calendar to hear this matter and address this emergency situation. We recognize that the Court has a busy docket and would not ask for this relief but for the upcoming September 15 hearing in Florida.

Respectfully submitted this 9th day of September, 2010.

**GALLAGHER & KENNEDY, P.A.**

By:  s/ Mark A. Fuller
Mark A. Fuller
Glen Hallman
2575 East Camelback Road, Suite 1100
Phoenix, Arizona  85016-9225

and

D. Chris Albright
Albright Stoddard Warnick & Albright, P.C.
Quail Park I, Building D-4
801 South Rancho Drive
Las Vegas, Nevada  89106-3854

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2010, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

P. Sterling Kerr, Esq.
Marvin L.P. Simeon, Esq.
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada  89074
*Attorneys for Defendants Stinger Systems,
Inc. and Robert Gruder*

| | |
|---|---|
| 1 | |
| 2 | |

        D. Chris Albright, Esq.
        Albright Stoddard Warnick & Albright, P.C.
        Quail Park I, Building D-4
        801 South Rancho Drive
        Las Vegas, Nevada  89106-3854
        *Co-Counsel for Plaintiff*

     I further certify that on the 9th day of September, 2010, I served the attached documents via electronic mail and U.S. Postal Service, First-Class Postage Prepaid, on the following parties or counsel, who are not registered participants on the CM/ECF System:

        James McNulty
        10620 Southern Highland Parkway, Suite 110
        Las Vegas, Nevada  89141
        Defendant *Pro Se*

By:   s/ Donna Navarro
        2539471 / 20791-0003

3