UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASER INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>STINGER SYSTEMS, INC.; JAMES F. MCNULTY, Jr.; and ROBERT GRUDER,<br><br>    Defendants. | No.  2:09-CV-00289-KJD-PAL<br><br>**PROPOSED FORM OF FINAL JUDGMENT** |

Pursuant to stipulation of the parties and good cause appearing,

Plaintiff's Complaint, and any ancillary or unasserted claims relating to the allegations therein, is dismissed with prejudice, each party to bear its or his own attorneys' fees and costs.

Defendant McNulty's Counterclaim and any ancillary or unasserted claims relating to the allegations therein, is dismissed with prejudice, each party to bear its or his own attorneys' fees and costs.

Done in Open Court this 2Jth day of ____August____, 2012.

_____
The Honorable Miranda Du